**Lovera Cotton Mills, Inc., appellant, v. American Insulated Wire & Cable Company, appellee.    Gen. No. 30,929.**

Suit for balance due on goods sold and delivered. Judgment for defendant on counterclaim. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Reversed and remanded. Taylor, P. J., dissents. Opinion filed December 29, 1926. Rehearing denied January 12, 1927.

William R. Brown, Clifford G. Roe and Donald P. Vail, for appellant. Morton A. Mergentheim, for appellee; Thomas S. Fitzgerald, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Madeline McCormick, appellee, v. James M. McCormick, appellant. Gen. No. 31,037.**

Order requiring defendant to pay attorney fees and court costs caused complainant by his appeal from alimony award. See. 243 Ill. App. 55. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 29, 1926. Rehearing denied January 12, 1927.

Edwin D. Lawlor, for appellant. Lee E. Daniels, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Carlson Fuel and Supply Company, appellant, v. James L. Munger and James T. Munger, appellees.    Gen. No. 31,039.**

Action on promissory note. Dismissed and former judgment on confession set aside. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard the third division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed December 29, 1926.

Harry H. Felgar, for appellant. Sinden & Hassell, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Edward A. Bowen, appellee, v. Louis Friedman, appellant.    Gen. No. 31,069.**

Action of attachment for realty broker's commission. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Reversed and re-manded. Opinion filed December 29, 1926.

James J. Glassner, for appellant. Robert T. Terry, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.